**LAW OFFICES OF NOLAN KLEIN, P.A.**               **ATTORNEYS & COUNSELORS**

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com                                              **Nolan Klein**, **Esq.**
                                                             klein@nklegal.com

April 28, 2023

**VIA ECF**
Honorable Judge John P. Cronan
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:** **_Toro v. Patina, Inc._**
             **SDNY Case No.: 1:22-cv-08250**

Dear Judge Cronan,

      The parties hereby notify this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement, and request thirty (30) days to file a Notice of Dismissal with Prejudice. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned *sine die*.

                                           Respectfully Submitted,

                                           **Law Offices of Nolan Klein, P.A.**

                                           By:   /s/ Nolan Klein
                                                  NOLAN K. KLEIN
                                                  (NK4223)

NKK/amd
cc:   Mars Khaimov, Esq. (via ECF)