UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                      :
LUIS TORO,                                            :
                                                      :
                      Plaintiff,                      :
                                                      :           22 Civ. 8250 (JPC)
            -v-                                       :
                                                      :              ORDER
PATINA, INC.,                                         :
                                                      :
                      Defendant.                      :
                                                      :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 1, 2023, the Court directed the parties to file a stipulation of dismissal or a status

letter as to settlement by May 30, 2023.  Dkt. 12.  That deadline has passed, but the docket does

not reflect any compliance from the parties.  Accordingly, the deadline to file a stipulation of

dismissal or a status letter as to settlement is adjourned to June 7, 2023.  Continued failure to

comply may result in dismissal of the case for failure to prosecute.

SO ORDERED.

Dated: May 31, 2023
       New York, New York
                                          _____
                                               JOHN P. CRONAN
                                               United States District Judge