UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 
LUIS TORO,
                             Plaintiff,

                22 Civ. 8250 (JPC)

           -v-

                ORDER

PATINA, INC.,

                           Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 31, 2023, the Court adjourned *sua sponte* Plaintiff's deadline to file a stipulation of dismissal or a status letter as to settlement after Plaintiff failed to comply by May 30, 2023 deadline to do so. Dkt. 13. That deadline has passed, yet the docket does not reflect any compliance from Plaintiff even though the Court warned that "[c]ontinued failure to comply may result in dismissal of the case for failure to prosecute." *Id.* Accordingly, by June 14, 2023, Plaintiff shall file a letter explaining why he has failed to comply with the Court's two previous orders, and why the Court should not dismiss this case for failure to prosecute. If Plaintiff fails to file the required letter, the Court will dismiss the case for failure to prosecute.

       SO ORDERED.

Dated: June 12, 2023
       New York, New York
                                                    JOHN P. CRONAN
                                                    United States District Judge