**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUIS TORO on behalf of himself
and all others similarly situated,

               Plaintiffs,

     -against-

PATINA, INC.

             Defendant.

Case No.  1:22-cv-8250

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**

 

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
          June 12, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**

In light of Plaintiff's Notice of Settlement, Dkt. 11, and Notice of Voluntary Dismissal, Dkt. 15, the Court finds dismissal of this case without prejudice to be appropriate pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

June 14, 2023
New York, New York

By:    Mars Khaimov, Esq.
        108-26 64th avenue, Second Floor
        Forest Hills, New York 11375
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*

JOHN P. CRONAN
United States District Judge